IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 6924

(552 P. 2d 684)

*In re:* PETER JAMES FARABI, II, voluntary surrender of his certificate to practice law in the State of Kansas.

Order canceling certificate filed August 9, 1976.

*Per Curiam:* On July 28, 1976, PETER JAMES FARABI, II, voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE Peter James Farabi, II's, name from the roll of attorneys.